IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Class Action
CASE NO. 0:17-CV-60760 DIMITROULEAS/SNOW

JOAN RICHARDS, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

MDLIVE, INC., a Delaware Company,

*Defendant*.

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

**PLEASE TAKE NOTICE** that Plaintiff Joan Richards ("Plaintiff"), by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendant MDLIVE, Inc. ("Defendant"). In support of the instant Notice, Plaintiff states as follows:

1. Plaintiff filed the instant action on April 18, 2017. (Dkt. 1.)

2. Fed R. Civ. P. 41(a)(1)(A) provides, in relevant part, that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3. Defendant has not filed an answer or a motion for summary judgment in this action.

4. Accordingly, this action may be dismissed *without prejudice* and without an order of the Court.

Dated: June 2, 2017

**JOAN RICHARDS**, individually and on behalf of all others similarly situated

By: /s/ Dillon Brozyna
      One of Plaintiff's Attorneys

Dillon Brozyna, FL 91339
dbrozyna@edelson.com
Rafey Balabanian, (*pro hac vice*)
rbalabanian@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415-212-9300
Fax: 415-373-9435

*Counsel for Plaintiff and the Putative Classes*

## CERTIFICATE OF SERVICE

I, Dillon Brozyna, an attorney, hereby certify that on June 2, 2017, I served the above and foregoing *Notice of Voluntary Dismissal*, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 2nd day of June 2017.

/s/ Dillon Brozyna

**SERVICE LIST**
*Richards v. MDLive, Inc.*
**CASE NO. 0:17-CV-60760-DIMITROULEAS/SNOW**
**United States District Court, Southern District of Florida**

David A. Coulson, FL 176222
coulsond@gtlaw.com
Jared Reed Kessler, FL 96020
kesslerj@gtlaw.com
Greenberg Traurig LLP
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Tel: 305-579-0500
Fax: 305-579-0717

Ian C. Ballon (*pro hac vice*)
ballon@gtlaw.com
Greenberg Traurig LLP
1840 Century Park East
Los Angeles, CA 90067
Tel: 310-586-6575
Fax: 310-586-0575

*Counsel for Defendant MDLive*

Dillon Brozyna, FL 91339
dbrozyna@edelson.com
Rafey Balabanian, (*pro hac vice*)
rbalabanian@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415-212-9300
Fax: 415-373-9435

*Counsel for Plaintiff and the Putative Classes*