UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60760-CIV-DIMITROULEAS

JOAN RICHARDS, individually and on
behalf of all others similarly situated,

    Plaintiff,
vs.

MDLIVE, INC., a Delaware Company,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal [DE 20] (the "Notice"), filed herein on June 2, 2017. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 20] is hereby **APPROVED**;

2. This action is **DISMISSED** with prejudice;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of June, 2017.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record